# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **MILTON THOMAS ANDERSON** | § | **PLAINTIFF** |
| | § | |
| **v.** | § | **CAUSE NO. 1:10CV452 LG-RHW** |
| | § | |
| **JUNNA JACKSON, ET AL.** | § | **DEFENDANTS** |

## FINAL JUDGMENT

In accordance with the Order of Dismissal entered herewith;

**IT IS ORDERED AND ADJUDGED** that Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE** pursuant to Fed. R. Civ. P. 12(b)(6) and 41(b).

**SO ORDERED AND ADJUDGED** this the 31st day of October, 2011.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE